IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEREK CHARLES STILL**                                          **PLAINTIFF**

v.                 **CASE NO. 4:21-CV-00842-BSM**

**KENNY CASSEL, Sheriff,**
**Searcy County,** *et al.*                                       **DEFENDANTS**

## ORDER

Derek Charles Still has not complied with the order directing him to pay the filing fee or file a certified record of the funds in his institutional trust account to support his motion to proceed *in forma pauperis*, and the time to do so has expired.  Doc. No. 3.  Accordingly, this case is dismissed without prejudice for failure to prosecute.  *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).  An *in forma pauperis* appeal from would not be taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of November, 2021.

                                                      UNITED STATES DISTRICT JUDGE